COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     The City of Houston v. Dolcefino Communications, LLC d/b/a Dolcefino Consulting; and Wayne Dolcefino, in His Individual Capacity

Appellate case number:   01-19-00491-CV

Trial court case number: 2017-50825

Trial court:             11th District Court

Appellant has filed an unopposed motion to have the clerk's record from a prior proceeding filed in this Court, transferred to this appeal from an order granting a partial motion for summary judgment. A court of appeals has the power to take judicial notice of its own files in the same or related proceedings. *See In re Chaumette*, 456 S.W.3d 299, 303 n.2 (Tex. App.—Houston [1st Dist.] 2014, orig. proceeding). We grant the motion.

Accordingly, we **ORDER** the Clerk of this Court to transfer the clerk's record in appellate cause number 01-17-00979-CV to this case and to label the transferred clerk's record as Volume 1A.

Judge's signature: ___/s/ Sherry Radack_____
                   ☒ Acting individually    ☐ Acting for the Court

Date: __August 8, 2019___